UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SALVATTORY PINEDO-
RIOS,

          Petitioner,

    v.

PAM BONDI, et al.,

          Respondents.

No.  1:26-cv-01982-DJC-SCR

ORDER

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Petitioner filed objections to the findings and recommendations.  ECF No. 22.

Petitioner's objections contend that the habeas petition should be granted because Petitioner's detention based on a void *in absentia* removal order is unlawful.  As explained in the Findings and Recommendations, relevant immigration statutes allow Petitioner to seek relief in Immigration Court.  ECF No. 20 at 4 (citing 8 U.S.C. § 1229a(b)(5)(C)(ii)).  Additionally, even if the *in absentia* order is void,

1

Petitioner has not shown that respondents would lack the authority to detain him under 8 U.S.C. § 1226(a).  Nor has Petitioner shown that he sought a bond hearing before an immigration judge under that statute and was denied such a hearing.  As noted in the F&Rs, Petitioner has not submitted evidence showing that the notice he received does in fact render his *in absentia* removal order void.  On the present record, Petitioner has not shown he warrants detention-related relief.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 20) are adopted in full.

2.  Petitioner's application for a writ of habeas corpus (ECF No. 1) is dismissed.

3.  The Clerk of Court is directed to enter judgment in favor of respondents and to close this case.

IT IS SO ORDERED.

Dated:   **April 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

pine1982.jo.DENIAL

2